FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**JAN - 3 2013**

CENTRAL DISTRICT OF CALIFORNIA
BY s hy                         DEPUTY

**JS - 6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DANNY MCDOWELL,<br>    Petitioner,<br>v.<br>DOMINGO URIBE, Warden,<br>    Respondent. | Case No.  EDCV 12-01271 JAK (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: January 2, 2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**JAN - 3 2013**

CENTRAL DISTRICT OF CALIFORNIA
BY s hy                         DEPUTY