FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shy  DEPUTY

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DANNY MCDOWELL,<br>　　　Petitioner,<br>　v.<br>DOMINGO URIBE, Warden,<br>　　　Respondent. | Case No.  EDCV 12-01271 JAK (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: January 2, 2013

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shy  DEPUTY